UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE GRAY,<br><br>    Petitioner,<br><br>    v.<br><br>THE PEOPLE,<br><br>    Respondent. | Case No.: 1:22-cv-01284 JLT HBK (HC)<br><br>ORDER STRIKING THE ORDER DATED NOVEMBER 21, 2022 (Doc. 7) |

Petitioner filed a notice in which he questioned why the Court did not address his objections to the Findings and Recommendations in its order dated November 21, 2022. (Doc. 11.) Petitioner also indicated he was unaware that his case number was changed, and he made a "simple mistake" when filing the objections. (*Id.* at 1.) However, no change in case number has occurred. Rather, the Court's review of the action indicates that a docketing error occurred, because the order dated November 21, 2022 (Doc. 7) relates to an entirely different matter.

Therefore, the Court **ORDERS**: The order dated November 21, 2022 (Doc. 7) is **STRICKEN**.

IT IS SO ORDERED.

Dated:   **March 31, 2023**

UNITED STATES DISTRICT JUDGE